UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

COMERICA BANK                           Case No.:   24-10963
    *Plaintiff*

vs.

FEDERAL RESERVE BANK
OF ATLANTA
    *Defendant*

---

## COMPLAINT

Plaintiff Comerica Bank ("Comerica") complains against defendant Federal Reserve Bank of Atlanta ("FRB Atlanta") as follows:

### PARTIES – JURISDICTION – VENUE

1. This court has subject matter jurisdiction over this action for money damages because Comerica's claim arises under the laws of the United States. 28 USC 1331; 12 USC 632; 12 CFR 210.6.

2. Comerica seeks money damages for FRB Atlanta's breach of warranty that it made as a matter of law when it presented check # 167842 (the "Check") to Comerica for payment. (Exhibit 1 is an image of the Check).

3. Comerica is a banking association organized under Texas law and conducts business operations in this judicial district.

4. FRB Atlanta is a federal corporation organized under United States law.

5. Venue is proper in this district because a substantial part of the events or

omissions giving rise to the action occurred here. *See* 28 USC 1391 and other venue statues. Comerica conducts banking operations at its Livonia Operations Center where it processes checks drawn on Comerica customer accounts – including the Check – upon presentment.

BREACH OF WARRANTY CLAIM: CHECK # 167842

6.    At all times relevant to this action, Great Lakes Wine & Spirits LLC ("Great Lakes Wine") has been a Comerica deposit customer.

7.    For years FN Cellars, LLC, which operates out of Oakville, California, had been a regular seller of goods to Great Lakes Wine for which it had been paid by check. In its dealings with Great Lakes Wine, this vendor regularly goes by its trademarked name "Far Niente." (Exhibit 2, other checks to "Far Niente").

8.    On March 4, 2022, Great Lakes Wine drew the Check against its Comerica account payable to the order of "Far Niente" in the amount of $183,123.00. (Exhibit 1, the Check).

9.    Great Lakes Wine mailed the Check to Far Niente's address as a combined payment on three invoices, 2044870, 2045114, and 204394. (Exhibit 3).

10.   "Far Niente" was Great Lakes Wine's intended payee on the Check within the meaning of Section 3-110(a) of the Uniform Commercial Code.

11.   Sometime between March 4, 2022 and April 11, 2022, under circumstances presently unknown to Comerica, a fraudster intercepted the Check and then

misappropriated its proceeds by means of the scheme alleged below:

    a.  On April 11 (38 days after Great Lakes Wine issued the Check), someone formed a new entity in Missouri named "Far Niente LLC." (Exhibit 4). There was no connection between this sham entity and Great Lakes Wine's vendor and intended payee on the Check.

    b.  On April 12, the new Missouri entity "Far Niente LLC" opened two new accounts at Neighbors Credit Union ("NCU") (*see* Exhibit 5, account statement referencing "NEW ACCT").

    c.  On April 13, NCU accepted the Check for deposit into one of Far Niente LLC's new accounts over a fraudulent handwritten endorsement. (Exhibit 1).

    d.  On April 14, NCU transferred the Check for forward collection to FRB Atlanta. FRB Atlanta in turn presented an electronic image of the Check to Comerica. Comerica paid the Check in good faith on April 14.

    e.  By April 25, Far Niente LLC had withdrawn from NCU all but $16 of the funds traceable to the proceeds of the Check. (Exhibit 5).

12.  On information and belief, Great Lakes Wine's intended payee "Far Niente" neither: (a) received nor endorsed the Check, (b) ever had any interest in the account at NCU into which the Check was deposited, nor (c) received any proceeds or benefit from the Check transaction. (Exhibit 6).

13. On or about May 18, 2022, Great Lakes Wine notified Comerica that the Check was not properly payable against its Comerica account.

14. On May 20, 2022, Great Lakes Wine issued Far Niente a replacement check (# 169383) for $183,123.00, which Far Niente cashed. (Exhibit 7).

15. Before filing this action, Comerica unsuccessfully demanded payment from NCU. (Exhibit 8, cover letter accompanying demand).

16. NCU denied the claim even though Missouri Secretary of State public records show conclusively that "Far Niente LLC" was formed on April 11, more than six weeks after the Check had been drawn on March 4. This Missouri entity, therefore, could not have been the intended payee on the Check.

17. The Check was not endorsed as drawn.

18. The Check was not deposited to an account in the name of the intended payee.

19. When it transferred the Check to FRB Atlanta, NCU was neither entitled to enforce the Check nor authorized to collect on behalf of a person entitled to enforce the Check.

20. NCU breached its transfer and other warranties regarding the Check transaction.

21. NCU's transfer of the Check to FRB Atlanta neither entitled FRB Atlanta to enforce the Check nor authorized it to collect on behalf of a person entitled to enforce the Check.

22. When FRB Atlanta presented an electronic image of the Check to Comerica

for payment, it warranted as a matter of law under 12 CFR 210.6 as follows:

> (b) <u>Warranties and liability</u>. The following provisions apply when a Reserve Bank presents or sends an item.
>> (1) Warranties for all items. The Reserve Bank warrants to a subsequent collecting bank and to the paying bank and any other payor that – (i) The Reserve Bank is a person entitled to enforce the item (or is authorized to obtain payment of the item on behalf of a person that is either entitled to enforce the item or authorized to obtain payment on behalf of a person entitled to enforce the item); *** (iii) The item bears all indorsements applied by parties that previously handled the item for forward collection or return.

23. FRB Atlanta breached its duties and warranties under 12 CFR 210, including

the warranties in 12 CFR 210.6(b), and thereby damaged Comerica.

24. FRB Atlanta is liable to Comerica for damages consisting of the face amount

of the Check, plus expenses of litigation, attorney fees, costs and interest.

RELIEF REQUESTED

Plaintiff Comerica Bank requests entry of a money judgment against defendant

Federal Reserve Bank of Atlanta in the amount of $183,123.00, plus compensation

for expenses of litigation, attorney fees, costs, and interest.

| | |
|---|---|
| /s/ David Wells | /s/ Henry Stancato |
| *For* Plaintiff Comerica Bank | *For* Plaintiff Comerica Bank |
| Stancato Tragge Wells PLLC | Stancato Tragge Wells PLLC |
| 2111 Woodward Ave – Suite 701 | 2111 Woodward Ave – Suite 701 |
| Detroit, MI 48201 | Detroit, MI 48201 |
| (248) 731-4500 | (248) 731-4500 |
| dwells@stwlawfirm.com | hstancato@stwlawfirm.com |
| P47588 | P29538 |

COMPLAINT EXHIBITS

| 1 | Check # 167842 ($183,123.00) |
|---|---|
| 2 | Other checks payable to intended payee, Far Niente |
| 3 | Far Niente invoices supporting Check # 167842 |
| 4 | Far Niente LLC filings in with the Missouri SOS |
| 5 | Far Niente LLC account statement from Neighbors Credit Union |
| 6 | Far Niente's Statement of Fraud |
| 7 | Replacement check  # 169383 to Far Niente ($183,123.00) |
| 8 | Comerica's claim letter to Neighbors Credit Union |

EXHIBIT-1



Current Date: April 08, 2024

Account Number:
Capture Date: April 14, 2022
Item Number: 5250113149354
Posted Date: April 14, 2022
Posted Item Number: 970506568
Amount: 183,123.00
Record Type: Debit
RT Number: 072000096

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203



**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

9-9/720                    167842

CHECK DATE    CONTROL NO.    CHECK AMOUNT
3/4/2022                     183,123.00

One Hundred Eighty Three Thousand One Hundred Twenty Three Dollars And 00 Cents

PAY

FAR NIENTE
PO BOX 327
OAKVILLE CA    94562

GREAT LAKES WINE & SPIRITS, LLC.

VOID AFTER 180 DAYS

⑈167842⑈  ⑆072000096⑈



# EXHIBIT-2



| | |
|---|---|
| Current Date: | April 05, 2024 |
| Account Number: | ▮▮▮▮ |
| Capture Date: | March 26, 2021 |
| Item Number: | 5250096797219 |
| Posted Date: | March 26, 2021 |
| Posted Item Number: | 970006582 |
| Amount: | ▮▮▮▮ |
| Record Type: | Debit |
| RT Number: | 072000096 |

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

COMERICA BANK
DETROIT, MI                          9-9/720                          161511

| CHECK DATE | CONTROL NO | CHECK AMOUNT |
|---|---|---|
| 3/18/2021 | | ▮▮▮▮ |

PAY

FAR NIENTE
PO BOX 327
OAKVILLE CA   94562

TO THE
ORDER
OF

**GREAT LAKES WINE & SPIRITS, LLC.**

VOID AFTER 180 DAYS

⑈161511⑈ ⑆072000096⑆ ▮▮▮▮

CoBank ACB ▮▮▮▮

Pay to CoBank, ACB
FN Cellars LLC - Operating
For Credit to Account



Current Date:     April 05, 2024

Account Number:    
Capture Date:     April 23, 2021
Item Number:     5250097847545
Posted Date:     April 23, 2021
Posted Item Number:     970006986
Amount:    
Record Type:     Debit
RT Number:     072000096

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

COMERICA BANK
DETROIT, MI

9-9/720

161653

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

CHECK DATE
3/26/2021

CONTROL NO.

CHECK AMOUNT

PAY

TO THE
ORDER
OF

FAR NIENTE
PO BOX 327
OAKVILLE CA   94562

GREAT LAKES WINE & SPIRITS, LLC.

VOID AFTER 120 DAYS

⑈1616530⑈ ⑆072000096⑆

CoBank ACB

Pay to CoBank, ACB
FN Cellars LLC - Operating
For Credit to Account



Current Date: April 05, 2024

Account Number:
Capture Date: May 21, 2021
Item Number: 5250098929712
Posted Date: May 21, 2021
Posted Item Number: 970006849
Amount:
Record Type: Debit
RT Number: 072000096

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND OR WHITE PAPER

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

COMERICA BANK
DETROIT, MI

9-9/720

162268

CHECK DATE
4/30/2021

CONTROL NO.

CHECK AMOUNT

PAY

TO THE
ORDER
OF

FAR NIENTE
PO BOX 327
OAKVILLE CA 94562

GREAT LAKES WINE & SPIRITS, LLC.

VOID AFTER 180 DAYS

⑈162268⑈ ⑈072000096⑈

Pay to CoBank, ACB
FN Cellars LLC - Operating
For Credit to Account



| | |
|---|---|
| Current Date: | April 05, 2024 |
| Account Number: | |
| Capture Date: | June 18, 2021 |
| Item Number: | 5250099992722 |
| Posted Date: | June 18, 2021 |
| Posted Item Number: | 970009237 |
| Amount: | |
| Record Type: | Debit |
| RT Number: | 072000096 |

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

---

COMERICA BANK
DETROIT, MI

9-9/720

162883

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

CHECK DATE 5/21/2021

CONTROL NO.

CHECK AMOUNT

PAY

TO THE
ORDER
OF

FAR NIENTE
PO BOX 327
OAKVILLE CA   94562

**GREAT LAKES WINE & SPIRITS, LLC.**

VOID AFTER 120 DAYS

⑈162883⑈  ⑆072000096⑆

CoBank ACB

Pay to CoBank, ACB
FN Cellars LLC - Operating
For Credit to Account



| | |
|---|---|
| Current Date: | April 05, 2024 |
| | |
| Account Number: | |
| Capture Date: | August 27, 2021 |
| Item Number: | 5250102750147 |
| Posted Date: | August 27, 2021 |
| Posted Item Number: | 970007802 |
| Amount: | |
| Record Type: | Debit |
| RT Number: | 072000096 |

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

COMERICA BANK
DETROIT MI          9-9/720          163978

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

CHECK DATE        CONTROL NO.      CHECK AMOUNT
7/23/2021

PAY

TO THE
ORDER
OF
FAR NIENTE
PO BOX 327
OAKVILLE CA   94562

GREAT LAKES WINE & SPIRITS, LLC.

VOID AFTER 120 DAYS

⑈163978⑈ ⑆072000096⑆ 263101444 2⑈

CoBank ACB >

Pay to CoBank, ACB
FN Cellars LLC - Operating
For Credit to Account



**ComericA Bank.**

Current Date:         April 05, 2024

Account Number:       ▇▇▇▇▇▇
Capture Date:         December 03, 2021
Item Number:          5250107143684
Posted Date:          December 03, 2021
Posted Item Number:   970004840
Amount:               ▇▇▇▇▇
Record Type:          Debit
RT Number:            072000096

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

COMERICA BANK
DETROIT, MI                                    9-9/720                166091

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

CHECK DATE     CONTROL NO      CHECK AMOUNT
11/19/2021

PAY

TO THE       FAR NIENTE
ORDER        PO BOX 327                    GREAT LAKES WINE & SPIRITS, LLC.
OF           OAKVILLE CA   94562

VOID AFTER 120 DAYS

⑈166091⑈ ⑆072000096⑈ ▇▇▇▇▇▇

CoBank ACB   ▇▇▇▇▇▇▇

Pay to CoBank, ACB
FN Cellars LLC - Operating
For Credit to Account



| | |
|---|---|
| Current Date: | April 05, 2024 |
| Account Number: | ▮▮▮▮ |
| Capture Date: | December 10, 2021 |
| Item Number: | 5250107477315 |
| Posted Date: | December 10, 2021 |
| Posted Item Number: | 970006617 |
| Amount: | ▮▮▮▮ |
| Record Type: | Debit |
| RT Number: | 072000096 |

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

COMERICA BANK
DETROIT, MI

9-9/720                    166322

CHECK DATE: 12/3/2021       CONTROL NO       CHECK AMOUNT

PAY

TO THE
ORDER
OF

FAR NIENTE
PO BOX 327
OAKVILLE CA   94562

GREAT LAKES WINE & SPIRITS, LLC.

VOID AFTER 180 DAYS

⑈166322⑈ ⑆072000096⑈

CoBank ACB

Pay to CoBank, ACB
FN Cellars LLC - Operating
For Credit to Account #



**ComericA Bank.**

Current Date:         April 05, 2024

Account Number:       ▮
Capture Date:         January 14, 2022
Item Number:          5250109006820
Posted Date:          January 14, 2022
Posted Item Number:   970004949
Amount:               ▮
Record Type:          Debit
RT Number:            072000096

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

COMERICA BANK
DETROIT MI                                           9-9/720                166428

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

CHECK DATE          CONTROL NO.          CHECK AMOUNT
12/10/2021

PAY

TO THE
ORDER
OF
FAR NIENTE
PO BOX 327                      GREAT LAKES WINE & SPIRITS, LLC.
OAKVILLE CA   94562

VOID AFTER 120 DAYS

⑆166428⑆ ⑈072000096⑈

---

CoBank ACB

Pay to CoBank, ACB
FN Cellars LLC - Operating
For Credit to Account


**ComericA Bank.**

Current Date: April 08, 2024

Account Number: ▮▮▮▮
Capture Date: April 18, 2022
Item Number: 5250113018699
Posted Date: April 18, 2022
Posted Item Number: 970088569
Amount: ▮▮▮▮
Record Type: Debit
RT Number: 072000096

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

COMERICA BANK
DETROIT, MI

9-9/720

168209

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

CHECK DATE 3/25/2022    CONTROL NO    CHECK AMOUNT

PAY

TO THE
ORDER
OF
FAR NIENTE
PO BOX 327
OAKVILLE CA    94562

GREAT LAKES WINE & SPIRITS, LLC.

VOID AFTER 120 DAYS

⑈168209⑈ ⑊072000096⑊

CoBank ACB >

Pay to CoBank, ACB
FN Cellars LLC -
For Credit to Account



| | |
|---|---|
| Current Date: | April 08, 2024 |
| Account Number: | |
| Capture Date: | April 18, 2022 |
| Item Number: | 5250113018698 |
| Posted Date: | April 18, 2022 |
| Posted Item Number: | 970088568 |
| Amount: | |
| Record Type: | Debit |
| RT Number: | 072000096 |

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

COMERICA BANK
DETROIT, MI                                          9-9/720                          168367

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

CHECK DATE
4/1/2022          CONTROL NO          CHECK AMOUNT

PAY

TO THE
ORDER
OF

FAR NIENTE
PO BOX 327
OAKVILLE CA   94562

GREAT LAKES WINE & SPIRITS, LLC.

VOID AFTER 120 DAYS

⑈168367⑈ ⑇072000096⑇

Pay to CoBank, ACB
FN Cellars LLC - Operating
For Credit to Account



Current Date:     April 08, 2024

Account Number:
Capture Date:     May 13, 2022
Item Number:     5250114369315
Posted Date:     May 13, 2022
Posted Item Number:   970005407
Amount:
Record Type:     Debit
RT Number:     072000096

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

COMERICA BANK
DETROIT, MI     9-9/720     168539

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

CHECK DATE
4/8/2022    CONTROL NO.    CHECK AMOUNT

PAY

TO THE
ORDER
OF
FAR NIENTE
PO BOX 327
OAKVILLE CA   94562

GREAT LAKES WINE & SPIRITS, LLC.

VOID AFTER 120 DAYS

⑈168539⑈ ⑆072000096⑆

Pay to CoBank, ACB
FN Cellars LLC
For Credit to Account

CoBank

EXHIBIT-3

GREAT LAKES WINE & SPIRITS, LLC.

| R REF. NO. | YOUR INVOICE NO. FAR NIENTE | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID 3/4/2022 | DISCOUNT TAKEN 167842 | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 21FARNIE | 2044870 | 12/27/2021 | $88,686.00 | $88,686.00 | $0.00 | $88,686.00 |
| | 2045114 | 1/7/2022 | $65,833.00 | $65,833.00 | $0.00 | $65,833.00 |
| | 2045394 | 1/24/2022 | $28,604.00 | $28,604.00 | $0.00 | $28,604.00 |
| | | | $183,123.00 | $183,123.00 | $0.00 | $183,123.00 |

---

COMERICA BANK
DETROIT, MI

9-9/720

167842

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

CHECK DATE
3/4/2022

CONTROL NO.

CHECK AMOUNT
183,123.00

One Hundred Eighty Three Thousand One Hundred Twenty Three Dollars And 00 Cents

PAY

TO THE ORDER OF

FAR NIENTE
PO BOX 327
OAKVILLE CA   94562

GREAT LAKES WINE & SPIRITS, LLC.

VOID AFTER 120 DAYS

⑈⑈ 1 6 7 8 4 2 ⑈⑈ ⑈:0 7 2 0 0 0 0 9 6⑈:

---

GREAT LAKES WINE & SPIRITS, LLC.

167842

| 21FARNIE | FAR NIENTE | | | 3/4/2022 | 167842 | |
|---|---|---|---|---|---|---|
| | 2044870 | 12/27/2021 | $88,686.00 | $88,686.00 | $0.00 | $88,686.00 |
| | 2045114 | 1/7/2022 | $65,833.00 | $65,833.00 | $0.00 | $65,833.00 |
| | 2045394 | 1/24/2022 | $28,604.00 | $28,604.00 | $0.00 | $28,604.00 |
| | | | $183,123.00 | $183,123.00 | $0.00 | $183,123.00 |

LR2100LN1

Whitlock   (248) 548-1040
wbsusa.com

PRINTED IN U.S.A.

**REMIT TO:**
FN Cellars, LLC
P.O. Box 327
Oakville, CA  94562
Phone: 707-944-2861
Fax:

## FAR NIENTE
### WINE ESTATES

| | |
|---|---|
| **Invoice No:** | 2044870 |
| **Invoice Date:** | 12/27/2021 |
| **Order No.:** | F49193 |
| **Order Date:** | 12/21/2021 |

**Bill To:**  005421

GREAT LAKES WINE AND SPIRITS
373 VICTOR
HIGHLAND PARK, MI 48203-3117

**Ship To:**  01

GREAT LAKES WINE AND SPIRITS,
WINE DISTRIBUTION CENTER
9900 VOLTE ST.
DETROIT, MI 48227

**Customer P.O.**  212596
**P.O. Date**  12/21/2021

**Ship Date**  12/27/2021
**Carrier**

| Product Description | Ordered | Shipped | Gallons | Whse | Unit Price | Amount |
|---|---|---|---|---|---|---|
| Bella Union 18 Winemaker Series Cab CBUW186C 0.75 LITER | 22 | 22 | 26.153 | 4785E | 153.00 | $3,366.00 |
| Bella Union 18 Cabernet Sauv CBU186B 0.75 LITER | 12 | 12 | 14.265 | 4785E | 200.00 | $2,400.00 |
| Dolce 14 Lt Hrvst Dessert Wine DL1406 0.375 LITER | 12 | 12 | 7.133 | 4785E | 175.00 | $2,100.00 |
| EnRoute Winemaker Series 19 Pinot PERW196C 0.75 LITER | 88 | 88 | 104.612 | 4785E | 129.00 | $11,352.00 |
| Far Niente 19 Napa Valley Cabernet CSN192W 0.75 LITER | 42 | 42 | 99.857 | 4785E | 740.00 | $31,080.00 |
| Far Niente 19 Est Chardonnay CH0192B 0.75 LITER | 36 | 36 | 85.592 | 4785E | 399.00 | $14,364.00 |
| N&N 18 DeCarle Cabernet CDC186W 0.75 LITER | 48 | 48 | 57.061 | 4785E | 332.00 | $15,936.00 |
| N&N '18 Dogleg Cabernet CSS186W 0.75 LITER | 12 | 12 | 14.265 | 4785E | 332.00 | $3,984.00 |



DEC 29 2021
BY:

**REMIT TO:**

FN Cellars, LLC
P.O. Box 327
Oakville, CA 94562
Phone: 707-944-2861
Fax:

**FAR NIENTE**
**WINE ESTATES**

| | |
|---|---|
| *Invoice No:* | 2044870 |
| *Invoice Date:* | 12/27/2021 |
| *Order No.:* | F49193 |
| *Order Date:* | 12/21/2021 |

**Bill To:** 005421

GREAT LAKES WINE AND SPIRITS
373 VICTOR
HIGHLAND PARK, MI 48203-3117

**Ship To:** 01

GREAT LAKES WINE AND SPIRITS,
WINE DISTRIBUTION CENTER
9900 VOLTE ST.
DETROIT, MI 48227

**Customer P.O.** 212596
**P.O. Date** 12/21/2021

**Ship Date** 12/27/2021
**Carrier**

| Product Description | Ordered | Shipped | Gallons | Whse | Unit Price | Amount |
|---|---|---|---|---|---|---|
| N&N '18 Vaca Vista Cabernet CVV186W 0.75 LITER | 12 | 12 | 14.265 | 4785E | 342.00 | $4,104.00 |

| | Cases | Bottles | Liters | Gallons |
|---|---|---|---|---|
| **14% Alcohol or Less** | 12 | 72 | 27 | 7.1326 |
| **Over 14 to 21%** | 272 | 2100 | 1575 | 416.0709 |
| **Invoice Totals:** | 284 | 2172 | 1602 | 423.2035 |

## Please Print the Invoice Number on your Check

**Terms: Net 45 Days**  *This invoice is payable on or before 02/11/22*

A service charge of 1.5% per month will be added as a time-price differential on amounts past dues.
Claims for shortage or damage should be made to the transportation company by the customer immediately
upon receipt of the goods. No allowance for breakage. Goods have been carefully checked and packed.
Shipment at risk of consignee. Merchandise returned without permission will not be accepted.

| | |
|---|---|
| **Subtotal:** | $88,686.00 |
| **Discount** | |
| **Tax:** | |
| **TOTAL:** | $88,686.00 |

**REMIT TO:**
FN Cellars, LLC
P.O. Box 327
Oakville, CA  94562
Phone: 707-944-2861
Fax:

**FAR NIENTE**
**WINE ESTATES**

| | |
|---|---|
| Invoice No: | 2045114 |
| Invoice Date: | 1/7/2022 |
| Order No.: | F49243 |
| Order Date: | 1/4/2022 |

**Bill To:**  005421

GREAT LAKES WINE AND SPIRITS
373 VICTOR
HIGHLAND PARK, MI 48203-3117

**Ship To:**  01

GREAT LAKES WINE AND SPIRITS,
WINE DISTRIBUTION CENTER
9900 VOLTE ST.
DETROIT, MI 48227

**Customer P.O.**  212437
**P.O. Date**  1/4/2022

**Ship Date**  1/7/2022
**Carrier**

| Product Description | Ordered | Shipped | Gallons | Whse | Unit Price | Amount |
|---|---|---|---|---|---|---|
| Bella Union 18 Cabernet Sauv CBU186B 0.75 LITER | 12 | 12 | 14.265 | 4785E | 230.00 | $2,760.00 |
| EnRoute Winemaker Series 19 Pinot PERW196C 0.75 LITER | 18 | 18 | 21.398 | 4785E | 129.00 | $2,322.00 |
| Far Niente 19 Est Chardonnay CH0192B 0.75 LITER | 12 | 12 | 28.531 | 4785E | 392.00 | $4,704.00 |
| N&N 19 Branding Iron Cabernet CBI196W 0.75 LITER | 24 | 24 | 28.531 | 4785E | 347.00 | $8,328.00 |
| N&N 19 C.C. Ranch Cabernet CCR196W 0.75 LITER | 12 | 12 | 14.265 | 4785E | 347.00 | $4,164.00 |
| N&N 18 DeCarle Cabernet CDC186W 0.75 LITER | 24 | 24 | 28.531 | 4785E | 325.00 | $7,800.00 |
| N&N '18 Dogleg Cabernet CSS186W 0.75 LITER | 5 | 5 | 5.944 | 4785E | 347.00 | $1,735.00 |
| N&N 19 Quarry Cabernet CQY196W 0.75 LITER | 12 | 12 | 14.265 | 4785E | 347.00 | $4,164.00 |


RECEIVED
JAN 10 2021
BY:

**REMIT TO:**

FN Cellars, LLC
P.O. Box 327
Oakville, CA 94562
Phone: 707-944-2861
Fax:

## FAR NIENTE
## WINE ESTATES

| | |
|---|---|
| **Invoice No:** | 2045114 |
| **Invoice Date:** | 1/7/2022 |
| **Order No.:** | F49243 |
| **Order Date:** | 1/4/2022 |

**Bill To:** 005421

GREAT LAKES WINE AND SPIRITS
373 VICTOR
HIGHLAND PARK, MI 48203-3117

**Ship To:** 01

GREAT LAKES WINE AND SPIRITS,
WINE DISTRIBUTION CENTER
9900 VOLTE ST.
DETROIT, MI 48227

**Customer P.O.** 212437
**P.O. Date** 1/4/2022

**Ship Date** 1/7/2022
**Carrier**

| Product Description | Ordered | Shipped | Gallons | Whse | Unit Price | Amount |
|---|---|---|---|---|---|---|
| N&N 19 Sullenger Cabernet CJS196W 0.75 LITER | 24 | 24 | 28.531 | 4785E | 347.00 | $8,328.00 |
| N&N 19 State Ranch Cabernet CSR196W 0.75 LITER | 24 | 24 | 28.531 | 4785E | 347.00 | $8,328.00 |
| Post & Beam '19 NV Cab Sauv PBC192C 0.75 LITER | 44 | 44 | 104.612 | 4785E | 300.00 | $13,200.00 |

| | Cases | Bottles | Liters | Gallons | | |
|---|---|---|---|---|---|---|
| Over 14 to 21% | 211 | 1602 | 1201.5 | 317.4028 | | |
| **Invoice Totals:** | 211 | 1602 | 1201.5 | 317.4028 | | |

### Please Print the Invoice Number on your Check

**Terms: Net 45 Days**      *This invoice is payable on or before 02/21/22*

A service charge of 1.5% per month will be added as a time-price differential on amounts past dues.
Claims for shortage or damage should be made to the transportation company by the customer immediately
upon receipt of the goods. No allowances for breakage. Goods have been carefully checked and packed.
Shipment at risk of consignee. Merchandise returned without permission will not be accepted.

| | |
|---|---|
| **Subtotal:** | $65,833.00 |
| **Discount** | |
| **Tax:** | |
| **TOTAL:** | $65,833.00 |

**REMIT TO:**

FN Cellars, LLC
P.O. Box 327
Oakville, CA 94562
Phone: 707-944-2861
Fax:

## FAR NIENTE
## WINE ESTATES

| | |
|---|---|
| **Invoice No:** | 2045394 |
| **Invoice Date:** | 1/24/2022 |
| **Order No.:** | F49349 |
| **Order Date:** | 1/18/2022 |

**Bill To:** 005421

GREAT LAKES WINE AND SPIRITS
373 VICTOR
HIGHLAND PARK, MI 48203-3117

**Ship To:** 01

GREAT LAKES WINE AND SPIRITS,
WINE DISTRIBUTION CENTER
9900 VOLTE ST.
DETROIT, MI 48227

**Customer P.O.** 213604
**P.O. Date** 1/18/2022

**Ship Date** 1/24/2022
**Carrier**

| Product Description | Ordered | Shipped | Gallons | Whse | Unit Price | Amount |
|---|---|---|---|---|---|---|
| Dolce 14 Lt Hrvst Dessert Wine<br>DL1406 0.375 LITER | 12 | 12 | 7.133 | 4785E | 175.00 | $2,100.00 |
| Far Niente 19 Napa Valley Cabernet<br>CSN192W 0.75 LITER | 14 | 14 | 33.286 | 4785E | 740.00 | $10,360.00 |
| Far Niente 20 Est Chardonnay<br>CH0202B 0.75 LITER | 12 | 12 | 28.531 | 4785E | 399.00 | $4,788.00 |
| N&N 19 Bear Track Cabernet<br>CBT196W 0.75 LITER | 5 | 5 | 5.944 | 4785E | 332.00 | $1,660.00 |
| N&N 19 Branding Iron Cabernet<br>CBI196W 0.75 LITER | 12 | 12 | 14.265 | 4785E | 332.00 | $3,984.00 |
| N&N 19 Sullenger Cabernet<br>CJS196W 0.75 LITER | 12 | 12 | 14.265 | 4785E | 332.00 | $3,984.00 |
| N&N 18 Suscol Merlot<br>MSU186B 0.75 LITER | 12 | 12 | 14.265 | 4785E | 144.00 | $1,728.00 |

| | Cases | Bottles | Liters | Gallons |
|---|---|---|---|---|
| **14% Alcohol or Less** | 12 | 72 | 27 | 7.1326 |
| **Over 14 to 21%** | 67 | 558 | 418.5 | 110.5561 |
| **Invoice Totals:** | 79 | 630 | 445.5 | 117.6887 |

### Please Print the Invoice Number on your Check

**Terms: Net 45 Days**     This invoice is payable on or before 03/10/22

A service charge of 1.5% per month will be added as a time-price differential on amounts past dues.
Claims for shortage or damage should be made to the transportation company by the customer immediately
upon receipt of the goods. No allowance for breakage. Goods have been carefully checked and packed.
Shipment at risk of consignee. Merchandise returned without permission will not be accepted.

JAN 25 2021

| | |
|---|---|
| **Subtotal:** | $28,604.00 |
| **Discount** | |
| **Tax:** | |
| **TOTAL:** | $28,604.00 |

EXHIBIT-4

# John R. Ashcroft
## Missouri Secretary of State

**MISSOURI ONLINE BUSINESS FILING**

| MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | ❓ Help |
|---|---|---|---|---|---|

## Limited Liability Company Details as of 4/4/2024

Required Field ●

File Documents - select the filing from the "Filing Type" drop-down list, then click FILE ONLINE.

File Registration Reports - click FILE REGISTRATION REPORT.

Copies or Certificates - click FILE COPIES/CERTIFICATES.

| RETURN TO SEARCH RESULTS | Create Filing | FILE ONLINE |
|---|---|---|
| ORDER COPIES/ CERTIFICATES | Amendment to Articles of Organization | |

General Information    Filings    Principal Office Address    Contact(s)

| | | | |
|---|---|---|---|
| Name(s) | **Far Niente LLC** | Principal Office Address | **3131 Rutger St**<br>**Saint Louis, MO 63104-1227** |
| Type | **Limited Liability Company** | Charter No. | **LC014370611** |
| Domesticity | **Domestic** | Home State | |
| Registered Agent | **Dunigan , Aaron**<br>**3131 Rutger St**<br>**Saint Louis, MO 63104-1227** | Status | **Active** |
| Date Formed | **4/11/2022** | | |
| Duration | **Perpetual** | | |

The information contained on this page is provided as a public service, and may change at any time. The State, its employees, contractors, subcontractors or their employees do not make any warranty, expressed or implied, or assume any legal liability for the accuracy, completeness or usefulness of any information, apparatus, product or process disclosed or represent that its use would not infringe on privately-owned rights.



Hey there! I am an A.I. chatbot, let's talk.



**State of Missouri**

**John R. Ashcroft, Secretary of State**

Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

**LC014370611**
**Date Filed: 4/11/2022**
**John R. Ashcroft**
**Missouri Secretary of State**

# Articles of Organization

*(Submit with filing fee of $105.00)*

1.  The name of the limited liability company is

Far Niente LLC
_____
<span style="font-size:small">*(Must include "Limited Liability Company," "Limited Company," "LC," "L.C.," "L.L.C.," or "LLC")*</span>

2.  The purpose(s) for which the limited liability company is organized:

To further grow  my wine business to the next level by having all of my business in order.
_____

3.  The name and address of the limited liability company's registered agent in Missouri is:

Aaron  Dunigan                 3131 Rutger St                              Saint Louis,  MO  63104-1227
_____
*Name*                 *Street Address: May not use PO Box unless  street address also provided*                 *City/State/Zip*

4.  The management of the limited liability company is vested in:     ☐ managers     ☒ members     *(check one)*

5.  The events, if any, on which the limited liability company is to dissolve or the number of years the limited liability company is to
continue, which may be any number or perpetual:  Perpetual
<span style="font-size:small">*(The answer to this question could cause possible tax consequences, you may wish to consult with your attorney or accountant)*</span>

6.  The name(s) and street address(es) of each organizer *(PO box may only be used in addition to a physical street address)*:
(Organizer(s) are not required to be member(s), manager(s) or owner(s)

| *Name* | *Address* | *City/State/Zip* |
| --- | --- | --- |
| Dunigan , Aaron | 3131 Rutger St | Saint Louis   MO   63104-1227 |
|  |  |  |
|  |  |  |
|  |  |  |

7.  ☐ Series LLC (OPTIONAL) Pursuant to Section 347.186, the limited liability company may establish a designated series in its
operating agreement. The names of the series must include the full name of the limited liability company and are the following:

New Series:
☐ The limited liability company gives notice that the series has limited liability.

New Series:
☐ The limited liability company gives notice that the series has limited liability.

New Series:
☐ The limited liability company gives notice that the series has limited liability.

(Each separate series must also file an Attachment Form LLC 1A.)

---

Name and address to return filed document:

Name:    Aaron Dunigan
_____

Address:    Email: farnientellc.21@gmail.com
_____

City, State, and Zip Code: _____

LLC-1 (10/2020)

8. Principal Office Address (OPTIONAL) of the limited liability company (PO Box may only be used in addition to a physical street address):

3131 Rutger St                                                                                                     Saint Louis,  MO 63104-1227

*Address (PO Box may only be used in conjunction with a physical street address)*                                          *City/State/Zip*

9. The effective date of this document is the date it is filed by the Secretary of State of Missouri unless a future date is otherwise indicated: :

*(Date may not be more than 90 days after the filing date in this office)*

In Affirmation thereof, the facts stated above are true and correct:

(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)

**All organizers must sign:**

Aaron  Dunigan                                    AARON  DUNIGAN                                    04/11/2022

*Organizer Signature*                                *Printed Name*                                        *Date of Signature*

LLC-1 (08/2013)

# STATE OF MISSOURI



**John R. Ashcroft**
**Secretary of State**

CERTIFICATE OF ORGANIZATION

WHEREAS,

*Far Niente LLC*
*LC014370611*

filed its Articles of Organization with this office on the 11th day of April, 2022, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, John R. Ashcroft, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the 11th day of April, 2022, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 11th day of April, 2022.

Secretary of State

EXHIBIT-5

Statement of Account

# neighbors
CREDIT UNION

6300 South Lindbergh
St. Louis MO 63123-7804
314-892-5400
www.neighborscu.org

| MEMBER NUMBER | STATEMENT ENDING DATE | BRANCH | PAGE |
|---|---|---|---|
| ▮▮▮▮ | 04-30-22 | 8 | 1 |

38.1.11955 1 MB 0.482  36462D11.ps 293882 1-2

FAR NIENTE LLC
PO BOX 327
OAKVILLE CA 94562-0327

Manage your funds at home or on the go when you download our simple and safe Mobile Banking App. Track your spending, pay on the spot and manage your accounts all from the convenience of your smart device. Visit NeighborsCU.org for more information.

| DATE | TRANSACTION DESCRIPTION | | | AMOUNT | FINANCE CHARGE | BALANCE |
|---|---|---|---|---|---|---|
| | Regular Savings | ACCT# 1 | 04-12-22 THRU 04-30-22 | PREVIOUS BALANCE | | 0.00 |
| APR12 | NEW ACCOUNT | | | 0.00 | | 0.00 |
| APR12 | DEPOSIT | NEW ACCT | | 5.00 | | 5.00 |
| APR13 | DEPOSIT | eh dep chk great lakes wine spirits llc | | 183,123.00 | | 183,128.00 |
| APR22 | WITHDRAWAL | il dl | | 175,000.00- | | 8,128.00 |
| APR22 | CASHIER CHECK FEE | | il dl | 15.00- | | 8,113.00 |
| APR25 | WITHDRAWAL | | | 503.50- | | 7,609.50 |
| | 0425▮▮▮ | S KING DR  CHICAGO  IL | | | | |
| APR25 | DEBIT CARD TRANSACTION FEE | | | 2.50- | | 7,607.00 |
| | 0425▮▮▮ | S KING DR  CHICAGO  IL | | | | |
| APR25 | TRANSFER | 2 | | 7,586.00- | | 21.00 |
| APR30 | NEW BALANCE | | | | | 21.00 |

```
|                                | TOTAL FOR   | TOTAL         |
|                                | THIS PERIOD | YEAR-TO-DATE  |
| TOTAL OVERDRAFT FEES           | 0.00        | 0.00          |
| TOTAL OVERDRAFT FEES WAIVED    | 0.00        | 0.00          |
| TOTAL RETURNED ITEM FEES       | 0.00        | 0.00          |
| TOTAL RETURNED ITEM FEES WAIVED| 0.00        | 0.00          |
```

| DATE | TRANSACTION DESCRIPTION | | | AMOUNT | FINANCE CHARGE | BALANCE |
|---|---|---|---|---|---|---|
| | Basic Business Checking | ACCT# 2 | 04-12-22 THRU 04-30-22 | PREVIOUS BALANCE | | 0.00 |
| APR12 | NEW ACCOUNT | | | 0.00 | | 0.00 |
| APR12 | DEPOSIT | NEW ACCT | | 25.00 | | 25.00 |
| APR25 | TRANSFER | 1 | | 7,586.00 | | 7,611.00 |
| APR25 | CASH ADVANCE | | | 5,202.95- | | 2,408.05 |
| APR26 | DEBIT CARD DEBIT | HORSESHOE HAMMON HO HAMMOND IN | 04-25-22 | 2,326.73- | | 81.32 |
| APR25E | DEBIT CARD DEBIT | MAVGATE WWW.MAVERICKG MO | 04-25-22 | | | |
| | | SKYWAY CONCESSIONS CHICAGO IL | 04-25-22 | 5.90- | | 75.42 |
| APR30 | NEW BALANCE | | | | | 75.42 |

```
|                                | TOTAL FOR   | TOTAL         |
|                                | THIS PERIOD | YEAR-TO-DATE  |
| TOTAL OVERDRAFT FEES           | 0.00        | 0.00          |
| TOTAL OVERDRAFT FEES WAIVED    | 0.00        | 0.00          |
| TOTAL RETURNED ITEM FEES       | 0.00        | 0.00          |
| TOTAL RETURNED ITEM FEES WAIVED| 0.00        | 0.00          |
```

3010200

## Name or address change

Please check your name(s) and address on the front of this statement. If not exactly correct, complete this form and return it to the credit union. Place an "X" in front of the items to be changed.

☐ Member's Name _____

☐ Joint Member's Name(s) _____    ☐ Phone No. _____

☐ Address (Including Apt. No.) _____

☐ City and State _____    Zip Code _____

Signature X _____

Detach and return to credit union.

---

**Please retain this statement. It is a permanent record of your transactions.**

The balance amount does not reflect the amount on hold for debit card, check deposits or other transactions. Your available balance may be less than the printed balance.

Regular share accounts are not transferable except on the records of this credit union.

This statement of account contains income tax reporting data, year to date interest and/or dividends. The dividend amount will be reported to federal and state governments per requirements. Retain your statement of account for purposes of income tax reporting.

**Deposits outstanding**

| Date | Amount |
|------|--------|
|      |        |
|      |        |
|      |        |
| 3. Total |    |

**Checks outstanding**

| Number or date | Amount |
|----------------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| 5. Total |    |

To prove the share account new balance as shown on your statement:

1. **Go through your draft stubs or draft register and check off each deposit or other credit amount listed on this statement. If you have a deposit or other credit in your draft stubs or draft register that is not shown on this statement, list the amount in deposits outstanding column. Also list any deposits or other credits still outstanding from a previous statement.**

   *Total and enter on line 3*

   Go through your draft stubs or draft register and check off each draft or other debit listed on this statement. If you have a draft stub or draft register item not shown on this statement, list the amount in drafts outstanding column. Also list any drafts or other debits still outstanding from a previous statement.

   *Total and enter on line 5*

   If there are any errors, notify the credit union immediately. If no error is reported in ten (10) days, the account will be considered correct. All items are credited subject to final payment.

2. _____ Enter new balance from front of statement.
3. _____ Add total of deposits outstanding (*Line 3*)
4. _____ Subtotal
5. _____ Subtract total of drafts outstanding (*Line 5*)
6. _____ Account balance
7. _____ Enter draft register balance.
8. _____ Add any deposits or other credits which are listed on this statement, but are **not** listed in your draft register. Also enter this amount into your draft register and add to your draft register balance.
9. _____ Subtract any withdrawals, or other debits which are listed on this statement, but are **not** listed in your draft register. Also enter this amount into your draft register and subtract from your draft register balance.
10. _____ Your draft register balance should now be the same as the balance in number 6. If there is a difference:
    (a) Review and check all figures used.
    (b) Review last month's statement.
    (c) Check all addition and subtraction in your draft register.

### ERROR RESOLUTION NOTICE

In Case of Errors, or Questions About Your Electronic Transfers, Telephone us at 314-892-5400 or 1-800-325-2697 or Write us at Neighbors Credit Union, Attn: Member Services, 6300 S. Lindbergh, St. Louis, MO 63123, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### Balance Computation Method

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, and add any new purchases/advances/fees, and subtract any unpaid finance charges (if any) and any payments or credits. This gives us the daily balance.

The following summary explanation of your rights to dispute or question bills applies only to these bills for a loan(s) designated as LINE OF CREDIT LOAN TYPE(S) on the front of this Statement of Account.

### BILLING RIGHTS SUMMARY
In Case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. You may also contact us on the Web: www.NeighborsCU.org. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
 • Your name and account number.
 • The dollar amount of the suspected error.
 • Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### Special Rule for Credit Card Purchases

If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### Liability for Unauthorized Use

If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at:
Neighbors Credit Union, 6300 South Lindbergh, St. Louis, MO 63123
or call us at 314-892-5400.
You may also contact us on the Web: www.NeighborsCU.org.
You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

### REPORTS TO CREDIT BUREAUS

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.



| MEMBER NUMBER | STATEMENT ENDING DATE | BRANCH | PAGE |
|---|---|---|---|
| ▉ | 04-30-22 | 8 | 2 |

FAR NIENTE LLC
PO BOX 327
OAKVILLE CA 94562-0327

Manage your funds at home or on the go when you download our simple and safe Mobile Banking App. Track your spending, pay on the spot and manage your accounts all from the convenience of your smart device. Visit NeighborsCU.org for more information.

| DATE | TRANSACTION DESCRIPTION | AMOUNT | FINANCE CHARGE | BALANCE |
|---|---|---|---|---|

```
                 **********  S T A T E M E N T   S U M M A R Y  **********

ACCT     NEW         DIVIDENDS                TAX              LOAN      NEW
      BALANCE          YTD                   NAME                      BALANCE
====  ============  ===========     ======================   ====  =============
  1        21.00        0.00        FAR NIENTE LLC
  2        75.42        0.00        FAR NIENTE LLC
TOTAL DIVIDENDS YTD     0.00
```

3020201



EXHIBIT-6



## Statement of Fraud

| Section I -- Claimant Information | | EFM Event Number | | 22052649832 | |
|---|---|---|---|---|---|
| Name | | Home Phone | | Work Phone | |
| FAR NIENTE / FN Cellars LLC | | | | (707) 944-2861 | |
| Address | | City | | State/Zip | |
| P.O. Box 327 | | Oakville | | CA / 94562 | |
| Primary I.D | | Secondary I.D. | | | |

| Section II -- Check Information | | | | | |
|---|---|---|---|---|---|
| Bank Check Was Drawn On | Issued By (Maker of Check) | Check Number | Check Date | Post Date | Amount of Item |
| COMERICA BANK | GREAT LAKES WINE & SPIRITS LLC | 167842 | 03/04/22 | 04/14/22 | $183,123.00 |

**Payable to the Order of** -- Name all Payees as they appear on check (e.g., *Marion Passer AND ABC Contractors, Inc.*; *Thomas Wellington, Jane Wellington OR Lisa Thomas*)

## FAR NIENTE

### Section III -- Claim

**Initial the appropriate box(s) to describe the claim(s) of forgery, alteration, or missing signature/endorsement**

To: Comerica and/or _____ , the Depository Bank, if other than Comerica. By signing below, I declare that the information contained in this statement, including the information in the boxes I have initialed below are true.

| Initials | Claim |
|---|---|
| ◯ | **Maker's Signature Forged and/or Counterfeit Check** -- The maker's signature of _____ on the check is a forgery and/or the check is a counterfeit *(e.g., not the customer's legitimate check stock or produced without issuer's approval).* I did not sign the check and I did not authorize the signature. |
| ◯ | **Unauthorized Maker's Signature** -- The maker's signature of _____ on the check is not authorized. The person who issued and signed the instrument is not authorized to use the account. |
| ◯ | **Endorsement Forged** -- The endorsement of _____ , a named payee on the check is a forgery. I did not authorize or write the endorsement. |
| ◯ | **Missing Endorsement- Payee's Statement** -- My endorsement on the check is missing and I did not authorize the negotiation of the check and did not benefit from the negotiation of the check. I declare I was entitled to receive $_____ as the payee of the check. |
| ◯ | **Missing and/or Improper Endorsement and/or Not Endorsed as Drawn -- Maker's Statement** -- The endorsement of payee(s) _____ , was /were missing or was/were improper on the check and said payee(s) was/were entitled to receive $_____ *(describe amount/percentage for each payee who claims to have not received payment and did not authorize negotiation. If maker does not know amount the payee(s) was/were entitled to receive indicate "unknown").* |
| ◯ | **Check Amount Altered** -- The amount of the check as written was altered from the amount of $_____ to $_____ . I did not alter the amount of the check nor did I authorize any alteration. |
| ◯ | **Payee Named Was Altered** -- The name of the payee(s) as written was altered on the check from _____ to make it payable to _____ . I did not alter the payee's name nor did I authorize any alteration. |
| ⦿ | **Other --** IMPROPER ENDORSEMENT PAYEE STATEMENT |

**I declare that:**

I did not receive any benefit or value from proceeds of the above described check, and no proceeds from it were applied to any use or purpose on my behalf. I have not arranged with the person(s) who misused the check to be reimbursed or receive benefit from the proceeds of the above described check. I promise to testify or certify to the truth of all applicable information in this statement before any competent judge, officer of the court, or other person, in any case now pending or which may occur regarding this statement.

<table><tr><td>initials*</td></tr></table>

I suspect _____ of (address if known, home/ work)

Of having misused the check described in this statement, as I have stated above. I believe this person did this under the following circumstances: (Please provide as much information as possible)

<table><tr><td>initials*</td></tr></table>

Use additional page if necessary

I fully realize that Comerica or the bank that negotiated this check  may cause the arrest of a person or persons (including the person(s) suspected above) for the fraud of identified above and I hereby acknowledge that any such arrests may be caused by Comerica or the bank where the check was negotiated or deposited,  solely in reliance upon the representations of fact made herein, regardless of whether one or more persons arrested is a relative or friend of the claimant.  In addition, I will indemnify and hold harmless Comerica and/or the bank where the check was negotiated or deposited from any liability arising out of; relating to or in any connection with such arrest in the event that the representations of fact made herein should prove to be untrue.

\*I have provided and hereby read and confirmed the information regarding the suspects and I have placed my initials in the boxes above to indicate the information is true and accurate.

\*The person signing/executing this statement agrees that the signature on the statement may be delivered by facsimile, pdf, e-mail or other electronic or reproduced signatures, which shall be deemed an original signature for all purposes and fully binding upon the person so signing the statement

**Claimant Signature** _____     Date ~~May 19,2022~~   Jan 10,2023

Print Name:  **Dana Vivier** _____     Title **CFO** _____

If applicable, claimant is an agent of and completing this statement on behalf of (Print Name of Principal)

_____, and as such is authorized to speak on its behalf.

EXHIBIT-7



Account Number:
Capture Date:           June 17, 2022
Item Number:            5250115743284
Posted Date:            June 17, 2022
Posted Item Number:     970007579
Amount:                 183,123.00
Record Type:            Debit
RT Number:              072000096

GREAT LAKES WINE & SPIRITS LLC
DISBURSEMENT ACCOUNT
373 VICTOR ST
HIGHLAND PARK MI 48203

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

COMERICA BANK
DETROIT, MI                    9-9/720                    169383

**GREAT LAKES WINE & SPIRITS, LLC.**
373 VICTOR AVE., HIGHLAND PARK, MI 48203

CHECK DATE          CONTROL NO          CHECK AMOUNT
5/20/2022                               183,123.00

One Hundred Eighty Three Thousand One Hundred Twenty Three Dollars And 00
Cents

PAY

            FAR NIENTE
TO THE      PO BOX 327                    GREAT LAKES WINE & SPIRITS, LLC.
ORDER
OF          OAKVILLE CA    94562

VOID AFTER 120 DAYS

⑆169383⑈ ⑇072000096⑉

For Credit to Account
FN Cellars LLC - Operating
Pay to CoBank, ACB

CoBank ACB

# EXHIBIT-8



**OUTGOING COLLECTION LETTER**

███████████████ @Comerica.com

| | |
|---|---|
| **Type:** | Without Entry |
| **Claim:** | IMPROPER ENDORSEMENT |
| **Clerk:** | Marie Puma |

**OUR CUSTOMER:** GREAT LAKES WINE & SPIRITS LLC

**Reference #** 23012851566

1/25/2023

**TO:**
Neighbors Credit Union
Attn Check Fraud Investigations
6300 So Lindbergh
Mehlville, MO 63123

MAIL PAYMENT TO:
COMERICA BANK
Attn: Return Without Entry
P.O. BOX 675403
DETROIT, MI 48267-5403

REMIT $183,123.00

COMMENTS:  IMPROPER ENDORSEMENT CLAIM FOR CHECK #167842